

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| James Tidwell, | § | No. 08-17-00120-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| Bianca Nicole Tidwell, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2014DCM0671) |
| | § | |

## **O R D E R**

Pending before the Court is Appellee's motion to dismiss the appeal. The motion is DENIED. Appellant's request for an award of attorney's fees incurred in responding to the motion to dismiss is DENIED.

IT IS SO ORDERED this 6th day of June, 2018.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.